# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

156721 & (17)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDREW BROADNAX,
      Defendant-Appellant.

SC: 156721
COA: 338127
Wayne CC: 13-001249-FC

_____/

     On order of the Court, the application for leave to appeal the September 15, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to appoint counsel is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018 _____



Clerk

a0723